UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CR00618AGF |
| | ) | |
| WILLIAM GHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on defendant William Gholson's pretrial motions.

All pretrial motions were referred to United States Magistrate Judge Terry I. Adelman

under 28 U.S.C. § 636(b). Defendant filed a Motion to Dismiss Count Three of the

Indictment (Doc. #250). The parties advised Judge Adelman that they would not require

a hearing on the motion, and rather would submit the issue on the written filings. Judge

Adelman thereafter issued a Memorandum and Recommendation (Doc. #354), in which

he recommended that Defendant's motion to dismiss be denied. No objections have been

filed to the Magistrate Judge's Memorandum and Recommendation, and the time to do so

has passed.

The Court has carefully and independently reviewed the record of this matter, and

is in full agreement with the stated rationale of the Magistrate Judge's recommendations,

and will adopt same. The Court finds that the indictment contains all of the essential

elements of the offense charged. In light of the Savings Statute, 1 U.S.C. § 109, and the

fact that the Fair Sentencing Act of 2010 was not made retroactive, the Fair Sentencing

Act does not serve as a basis to dismiss the charge.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum and Recommendation of United States Magistrate Judge [Doc. #354] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Count Three of the Indictment [Doc. #250] is **DENIED**.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2011.